IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AUSTIN KOBER,<br><br>    Defendant. | 4:21CR3122<br><br>ORDER |

Defense counsel has moved to withdraw due to a conflict of interest. (Filing No. 20). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defense counsel's motion to appoint new counsel, (Filing No. 20), is granted. Toni Wilson is hereby withdrawn as counsel, and she shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Toni Wilson from any future ECF notifications herein.

3) The clerk shall forward this memorandum and order to the Federal Public Defender.

4) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. .

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

October 29, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge